Per Curiam.

(No. 74-CC-162—Claimant

Harold L. Wells, d/b/a Metropolis Block Co., Claimant, vs. State of Illinois, Department of Corrections, Respondent.

*Opinion filed April 2, 1974.*

Louis G. Horman, Attorney for Claimant.

William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-290—Claimant

Bismarck Hotel Co., Claimant, vs. State of Illinois, Department of Corrections, Respondent.

*Opinion filed April 2, 1974.*

Bismarck Hotel Co., Claimant, pro se.

William J. Scott, Attorney General; Edward L. S. Arkema, Jr., Assistant Attorney General, for Respondent.

Per Curiam.